# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153854(80)

MARIANNE K. DOYLE, Individually and as
Personal Representative of the ESTATE OF JOHN
A. DOYLE,
      Plaintiff-Appellee,

v

COVENANT MEDICAL CENTER, INC.,
      Defendant,
and

MICHIGAN CARDIOVASCULAR INSTITUTE,
P.C., and CHRISTOPHER GENCO, M.D.,
      Defendants-Appellants.
_____/

SC: 153854
COA: 324337
Saginaw CC: 12-016476-NH

      On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing a reply in support of their application for leave to appeal is GRANTED. The reply will be accepted as timely filed if submitted on or before August 2, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk